FILED

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0162

_____

ROBERT L. ROSE,

      Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

      Respondents and Appellees.

O R D E R

_____

The record was filed for purposes of this appeal on March 15, 2023. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than May 26, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2023